

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-24-00145-CR

———————————————————

LARRY RAY CAPKO, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 43rd District Court
Parker County, Texas
Trial Court No. CR22-0831

---

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Memorandum Opinion by Chief Justice Sudderth

## MEMORANDUM OPINION

Appellant Larry Ray Capko attempts to appeal his conviction, but he waived his right of appeal when he entered into a plea bargain with the State.

"In a plea bargain case[,] . . . a defendant may appeal only . . . (A) those matters that were raised by written motion filed and ruled on before trial, (B) after getting the trial court's permission to appeal, or (C) where the specific appeal is expressly authorized by statute." Tex. R. App. P. 25.2(a)(2); *see* Tex. Code Crim. Proc. Ann. art. 44.02. The trial court must file a certification of the defendant's right of appeal, clarifying whether the case involved a plea bargain and whether the defendant waived his right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d).

Capko's judgment of conviction reflects the terms of his plea bargain, and the trial court's certification confirms that "the defendant has waived the right of appeal" and that this "is a plea-bargain case, and the defendant has NO right of appeal." *See id.* The certification here was signed not only by the trial court but also by Capko and by his trial counsel. *See* Tex. R. App. P. 25.2(d).

Because criminal appeals "must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record," *see id.*, we informed Capko that we could dismiss his appeal unless, within 10 days, he showed grounds for continuing it. *See* Tex. R. App. P. 44.3. More than 20 days have passed but we have not received a response.

Accordingly, we dismiss Capko's appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

/s/ Bonnie Sudderth

Bonnie Sudderth
Chief Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  May 30, 2024

3